## 1678.    SMITH *v*. THE STATE.

HILL, C. J.  A was convicted of burglary, on the testimony of an ac-
complice, claimed to have been sufficiently corroborated by circumstan-
tial evidence tending to connect A with the commission of the offense.
This circumstantial evidence, relied upon by the State and prima facie
corroborative of the testimony of the accomplice, was shown, by the
testimony in behalf of A, to be consistent with his innocence, and en-
tirely without incriminatory value.  *Held:*  A's conviction was based
alone on the evidence of an accomplice, and was unauthorized by law.
                                             *Judgment reversed.*

Indictment for burglary, from Sumter superior court—Judge
Littlejohn.  December 31, 1908.

Argued March 9,—Decided March 16, 1909.

*Blalock & Cobb,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

## 1680.    YARBOROUGH *et al. v.* THE STATE.

POWELL, J.  The evidence fully supports the verdict.  The exceptions of
law, taken in connection with the explanatory notes of the presiding
judge, show no reversible error.                 *Judgment affirmed.*

Indictment for robbery, from Sumter superior court—Judge
Littlejohn.  December 31, 1908.

Argued March 9,—Decided March 16, 1909.

*Blalock & Cobb,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.